BECKIE COHEN, as Administratrix of the Estate of
BENJAMIN COHEN, Deceased, Respondent, *v.* NEW
YORK, ONTARIO AND WESTERN RAILWAY COMPANY,
Appellant.

Reported below, 187 App. Div. 934.

(Submitted September 29, 1919; decided October 7, 1919.

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered March 17, 1919, modifying
and affirming as modified a judgment in favor of plaintiff
entered upon a verdict.

The motion was made upon the grounds that the
appeal was frivolous and taken for purposes of delay
only.

*Lewis A. Rosen* for motion.

*John Bright* opposed.

Motion denied, with ten dollars costs.

---

In the Matter of the Transfer Tax upon the Estate of
CHARLES W. WATSON, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK,
Appellant; ANNA H. WATSON et al., as Executors,
Respondents.

(Submitted September 29, 1919; decided October 7, 1919.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements. (See 226 N. Y.
384.)

---

In the Matter of Proving the Will of CATHERINE A.
TONE, Deceased.

MARY F. TONE, Appellant; JOSEPH H. McMAHON,
Respondent.

(Submitted September 29, 1919; decided October 7, 1919.)

Motion to amend remittitur denied, without costs,
on the ground that the surrogate has jurisdiction under
section 2748 of the Code of Civil Procedure to allow
compensation. (See 226 N. Y. 696.)